**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**VASQUEZ HAYES** **PLAINTIFF**
ADC #167122

**v.** **CASE NO. 4:26-CV-00199-BSM-JJV**

**MARSHA MILLER, APN,**
**Wellpath, Varner Unit, *et al.*** **DEFENDANTS**

**ORDER**

United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 24] is adopted and Aundrea Culclager's motion for summary judgment [Doc. No. 13] is granted and she is dismissed as a party. Vasquez Hayes's request to strike the jury demand is denied and an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The clerk is directed to update the case style.

IT IS SO ORDERED this 3rd day of August, 2026.

UNITED STATES DISTRICT JUDGE